# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1225
LT Case No. 2010-33272-CICI
_____

RICKY E. HAMEL,

    Appellant,

    v.

THE BANK OF NEW YORK
MELLON, as TRUSTEE for CIT
MORTGAGE LOAN TRUST 2007-1,
by VERICREST FINANCIAL, INC.,
as ATTORNEY IN FACT,
DEPARTMENT OF REVENUE,

    Appellees.

_____

Nonfinal appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

Ricky E. Hamel, Ormond Beach, pro se.

Benjamin B. Brown, Joseph T. Kohn, and Gabriela N. Timis, of
Quarles & Brady, LLP, for Appellee, Bank of New York Mellon.

No Appearance for Other Appellees.

April 9, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____